

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Jonathan Ali Chtay, Appellant

No. 06-14-00032-CR          v.

The State of Texas, Appellee

Appeal from the 196th District Court of Hunt County, Texas (Tr. Ct. No. 22,940). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Jonathan Ali Chtay, pay all costs of this appeal.

RENDERED JULY 22, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk